UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHAKEE PERKINS,

                Plaintiff,

**ORDER**

v.

17-CV-01341 (PMH)

CORRECTION OFFICER RICHARD
ULYSSE, et al.
                Defendants,

-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
        October 22, 2021

                                              _____
                                              Philip M. Halpern
                                              United States District Judge